IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 NOV 15 AD 10:18
#386916

Travis E. Cummings )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
 )
v. )   CIVIL ACTION NO. 1:05cv1093-F
Honorable Judge Ankerson )   (To be supplied by the Clerk of the
Doug Valeska )   U.S. District Court)
Houston Co. DA office )
Martin Adams Att. )
Mr. Stinsland Att. )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   N/A

   1.   Parties to this previous lawsuit:
       Plaintiff(s) _____
       _____
       Defendant(s) _____
       _____

   2.   Court (if federal court, name the district; if state court, name the county)
       _____
       _____

   3.   Docket No. _____

   4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston Co. Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston Co. Circuit Court Judge Anderson's court.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Doug Valeska | P.O. Box 6406 Dothan, Al. 36302 |
| 2. | Houston Co DA office | P.O. Box 6406 Dothan, Al. 36302 |
| 3. | Martin Adams | 739 W. Main St Dothan, Al. 36301 |
| 4. | Mr. Stinsland | 739 W. Main St. Dothan, Al. 36301 |
| 5. | Honorable Judge ~~Esterson~~ Anderson | |
| 6. | P.O. Box 6406 Dothan, Al. 36302 | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 8/23/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was convicted and sentenced on a charge that does not exist.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
On 8-23-05 I went to trial on a B4E of a vehicle. The prosecution use an excape charge as a prior felony. The excape charge was no billed at Grand Jury 1994. I also have a conviction and a 15 year sentence on the charge. I was never convicted or sentence on this charge. It was used for impeachment purposes.

-2-

GROUND TWO: I received 19 years on the B+E of a vehicle because of this charge

SUPPORTING FACTS: My prior felony history consists of a 7 year sentence. I have 2 prior felony's. I have never been sentenced under this status. The least I could get is 15 years in good time earning status. The 19 takes me out of good time status.

GROUND THREE: My Attorney's Martin Adams & Mr Stinsland allowed this to happen to me.

SUPPORTING FACTS: Mr. Stinsland came to see me here in the jail. He brought me a fake notice. He showed me the proper notice 10-07-05 at my probation hearing. The notice of impeachment has the escape charge on it. They are trying to cover this up.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would like for all charges to be dropped present and pending. And I want a settlement to get on my feet.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   12, Nov. 2005
                        (date)

_____
Signature of plaintiff(s)

-3-