AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:05cv1093-F

I, Travis E. Cummings, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration Houst. Co. Jail Dothan, AL. 36301
   Are you employed at the institution? No   Do you receive any payment from the institution? No
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Larry Bar-B-Q  2003 Ross Clark Circle
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☒ Yes   ☐ No  T.C.
   f. Any other sources                                ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

My mother put money on my inmate commissary fund to purchase commissary.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Braylon McNealy "Son"
   Travorius DaShawn Cummings "Son"

I declare under penalty of perjury that the above information is true and correct.

_12 Nov. 05_  _____
Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO 63178-7490

NAME: CUMMINGS  TRAVIS EARL               ORDER DATE    10/10/05
NBR: 38696                                 ORDER NBR     96746
BCK: E      TIER:         CELL:            CPR NBR: 29669    1
SITE: KCN HOUSTON COUNTY JAIL    32403J 001   BEG FUND BAL:   30.05
                                              PAGE:           1

| ORDER QTY | SITE ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 15 | 2080 | 8265 | SUGAR TWIN PACKET | .02 | .30 |
| 2 | 2300 | 87040 | 6OZ TANG CLEAR | 1.00 | 2.00 |
| 4 | 3031 | 81872 | SL 5OZ ORNG-PNAPPLE CRMS *out of stock* | .80 | 3.20 |
| 2 | 3050 | 81883 | SL CHOCOLATE CHIPS 16OZ | 1.75 | 3.50 |
| 1 | 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 1.60 |
| 2 | 3248 | 84703 | SL ICED CINNAMON ROLL | .65 | 1.30 |
| 6 | 6034 | 8004 | HOT CAL/VEG.INST. LUNCH | .80 | 4.80 |
| 2 | 6117 | 8913 | C.A. CHEESE CRUNCH 11OZ. | 1.70 | 3.40 |
| 1 | 6134 | 85132 | CARAMEL POPCORN 3.5 OZ | 1.25 | 1.25 |
| 1 | 6150 | 8911 | KEEFE 10OZ NACHO CHIPS | 1.70 | 1.70 |
| 3 | 6166 | 8903 | C.A. BBQ CORN CHIPS 12OZ. | 1.70 | 5.10 |
| 1 | 6500 | 85142 | PICKLE (HOT) | .60 | .60 |
| 2 | 6501 | 85140 | PICKLE (MILD) | .60 | 1.20 |

                                          SUB-TOTAL      29.95
                                          SALES TAX        .00
                                          ORDER TOTAL    29.95
                                          FUND BALANCE     .10

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#      QUANTITY       CATEGORY/DESCRIPTION


SIGNED X _____              DATE _____

WITNESSED BY _____              DATE _____

```
                    KEEFE COMMISSARY NETWORK SALES
                    P.O. BOX 17490
                    ST LOUIS, MO  63178-7490

NAME: CUMMINGS  TRAVIS EARL                            ORDER DATE:   10/17/05
  NBR: 38496                                           ORDER NBR:    99121
BLOCK: E        TIER:         CELL:                       CPR NBR:    29929
 SITE: KCN HOUSTON COUNTY JAIL            32403J 001   BEG FUND BAL:    25.10
                                                              PAGE:        1

ORDER    SITE:           KEEFE                                 ITEM    TOTAL
  QTY    ITEM#           ITEM#     ITEM DESCRIPTION           PRICE    PRICE
   20    2030            8265      SUGAR TWIN PACKET            .02      .40
    2    2320            87040     6OZ TANG CLEAR              1.00     2.00
    2    3050            81363     SL CHOCOLATE CHIPS 16OZ     1.75     3.50
    1    3230            84709     SL PEANUT BUTTER WAFERS     1.60     1.60
    1    3236            84710     SL SWISS RLLS BX-6 TWN PK   1.50     1.50
    1    4135            48601     JOLLY RANCHERS ASST. 3.7O    .95      .95
    4    6034            8004      HOT CAL/VEG.INST. LUNCH      .80     3.20
    1    6117            8913      C.A. CHEESE CRUNCH 11OZ     1.70     1.70
    1    6150            8911      KEEFE 10OZ NACHO CHIPS      1.70     1.70
    1    6165            85112     BBQ CHIPS 6OZ                .45     1.45
    2    6166            8903      C.A. BBQ CORN CHIPS 12OZ    1.70     3.40
    1    8429            82857     CC JALAP CHEESE SQUEEZE      .65      .65
    2    6501            85140     PICKLE (MILD)                .60     1.20

                                                           SUB-TOTAL   23.25

                                                           SALES TAX     .00

                                                         ORDER TOTAL   23.25

                                                        FUND BALANCE    1.85


LIST SHORTAGES AND/OR DAMAGES HERE:
 ITEM#    QUANTITY       CATEGORY/DESCRIPTION




SIGNED                                                 DATE

TYPESSED BY
```

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO  63178-7490

NAME: CUMMINGS TRAVIS EARL                             ORDER DATE:  10/24/05
NBR:  98696                                            ORDER NBR:  02509
LOCK:  X   TIER:      CELL:                            CPR NBR:  30131   1
SITE: KCN HOUSTON COUNTY JAIL        324030 001        BEG FUND BAL:   26.85
                                                       PAGE:              1

| ORDER QTY | SITE ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 15 | 2090 | 8265 | SUGAR TWIN PACKET | .02 | .30 |
| 2 | 4300 | 87040 | 6OZ TANG CLEAR | 1.00 | 2.00 |
| 4 | 3031 | 81872 | SL 5OZ ORNG-PNAPPLE CRMS | .80 | 3.20 |
| 2 | 3050 | 81883 | SL CHOCOLATE CHIPS 18OZ | 1.75 | 3.50 |
| 1 | 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 1.60 |
| 1 | 3236 | 84710 | SL SWISS RLLS TK-6 TWN PK | 1.50 | 1.50 |
| 2 | 3290 | 84705 | BLUEBERRY DONUT HOLES | .95 | 1.90 |
| 1 | 4135 | 78301 | JOLLY RANCHERS ASST. 3.7O | .95 | .95 |
| 4 | 5034 | 8004 | HOT CAL/VEG.INST. LUNCH | .80 | 3.20 |
| 1 | 6117 | 8913 | C.A. CHEESE CRUNCH 11OZ. | 1.70 | 1.70 |
| 1 | 6165 | 85113 | BBQ CHIPS 6OZ | 1.45 | 1.45 |
| 2 | 6166 | 8903 | C.A. BBQ CORN CHIPS 12OZ. | 1.70 | 3.40 |
| 1 | 6500 | 85172 | PICKLE (HOT) | .60 | .60 |
| 1 | 6501 | 85170 | PICKLE (MILD) | .60 | .60 |

                                                       SUB-TOTAL     25.90
                                                       SALES TAX       .00
                                                       ORDER TOTAL   25.90
                                                       FUND BALANCE    .95

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#    QUANTITY    CATEGORY/DESCRIPTION

*Travis said don't forget to credit his $3.00 for cookies*

SIGNED  X_____    DATE _____

WITNESSED BY                                DATE

```
                    KEEFE COMMISSARY NETWORK SALES
                    P.O. BOX 17490
                    ST LOUIS, MO  63178-7490

NAME: CUMMINGS  TRAVIS EARL                              ORDER DATE:   11/01/05
  NBR: 38496                                             ORDER NBR:    06683
LOCK: E       TIER:         CELL:                        CRF NBR:      30374
SITE: KCN HOUSTON COUNTY JAIL           32403J 001       BEG FUND BAL:    24.15
                                                         PAGE:              1

RDER  SITE:         KEEFE                                   ITEM       TOTAL
 QTY  ITEM#         ITEM#    ITEM DESCRIPTION              PRICE       PRICE
   7   2000          8265    SUGAR TWIN PACKET               .02         .14
   2   2300         87040    6OZ TANG CLEAR                 1.00        2.00
   2   3050         81883    SL CHOCOLATE CHIPS 16OZ        1.75        3.50
   1   3130         84709    SL PEANUT BUTTER WAFERS        1.60        1.60
   1   4135         48601    JOLLY RANCHERS ASST. 3.70       .95         .95
   4   6034          8004    HOT CAL/VEG.INST. LUNCH         .80        3.20
   1   6117          8913    C.A. CHEESE CRUNCH 11OZ.       1.70        1.70
   1   6150          8911    KEEFE 10OZ NACHO CHIPS         1.70        1.70
   1   6165         85113    BBQ CHIPS 6OZ                  1.45        1.45
   2   6166          8903    C.A. BBQ CORN CHIPS 12OZ.      1.70        3.40
   1   6500         85142    PICKLE (HOT)                    .60         .60
   2   6501         85140    PICKLE (MILD)                   .60        1.20

SECURE ITEMS
   1   1210        821675    AA 4PK ION3 BATTERIES          2.70        2.70
                                                    SUB-TOTAL          24.14

                                                    SALES TAX            .00

                                                    ORDER TOTAL        24.14

                                                    FUND BALANCE         .01


IST SHORTAGES AND/OR DAMAGES HERE:
IEM#       QUANTITY       CATEGORY/DESCRIPTION




GNED _____                    DATE _____

ITNESSED BY _____                         DATE _____
```

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO  63178-7490

```
NAME: CUMMINGS  TRAVIS EARL                      ORDER DATE:   11/07/05
 NBR: 38694                                      ORDER NBR:    09760
LOCK: E       TIER:        CELL:                   CPR NBR:    30594    1
SITE: KCN HOUSTON COUNTY JAIL       32403J 001  BEG FUND BAL:          30.01
                                                       PAGE:              1
```

| ORDER QTY | SITE ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 33 | 2030 | 8265 | SUGAR TWIN PACKET | .02 | .66 |
| 3 | 2300 | 87040 | 6OZ TANG CLEAR | 1.00 | 3.00 |
| 4 | 3050 | 81883 | SL CHOCOLATE CHIPS 16OZ | 1.75 | 7.00 |
| 2 | 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 3.20 |
| 2 | 4135 | 48601 | JOLLY RANCHERS ASST. 3.70 | .95 | 1.90 |
| 6 | 6034 | 8004 | HOT CAL/VEG.INST. LUNCH | .80 | 4.80 |
| 1 | 6117 | 8913 | C.A. CHEESE CRUNCH 11OZ | 1.70 | 1.70 |
| 1 | 6150 | 8915 | KEEFE 10OZ NACHO CHIPS | 1.70 | 1.70 |
| 1 | 6165 | 85112 | BBQ CHIPS 6OZ | 1.45 | 1.45 |
| 2 | 6166 | 8903 | C.A. BBQ CORN CHIPS 12OZ. | 1.70 | 3.40 |
| 2 | 6501 | 85140 | PICKLE (MILD) | .60 | 1.20 |

```
                                              SUB-TOTAL         30.01
                                              SALES TAX           .00
                                            ORDER TOTAL         30.01
                                           FUND BALANCE           .00
```

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#     QUANTITY     CATEGORY/DESCRIPTION

SIGNED _____  DATE _____

WITNESSED BY _____  DATE _____