IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS E. CUMMINGS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-1093-F |
| | ) WO |
| LARRY K. ANDERSON, *et al.,* | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and this action is dismissed.

DONE this 7th of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE