Discovery Comes From D.A.'s Office

In the Circuit Court of Houston Co

The State of Alabama

VS

Travis Earl Cummings

Case # CC-04-1518

FILED NOV 2005 JUDY BYRD, CLERK HOUSTON CO.

Pro-Se
Motion of Discovery
Conviction Remedy/Purposes

Come now the defendant in said case to motion the court Pro-Se to receive all documents contained in said charge.

1. Defendant has reason to beleive the prosecution use an excape charge which was no billed at grand jury "1994".

2. Said charge also has a 15 year sentence on it.

3. Defendant received a 19 year sentence on a B+E of a vehicle charge because of said charge and the 15 year sentence.

4. Defendant has never been charged under the Habitual Offender Act.

5. Defendants Attorney in said charge refuses to turn over documents contained in my personal file. Said Attorney also showed Defendant a copy of said document at probation hearing.

6. Said Attorney gave Defendant a copy of a notice of impeachment used in a prior case where the defendant was represented by another Attorney.

7. The proper notice has 5 felony convictions. Defendant has witnessed a copy of the proper document.

8. Defendant has exhausted every effort to get Attorney to turn over said document.

Submitted this date Nov. 22, 2005

signed: [signature]

Dated: 11-22-05

Dear Mrs. Byrd

I wrote you a while back and asked you for a copy of my notice of impeachment for my B&E of a vehicle case I received 19 years for. My trial date is or was Aug 23, 200_ in Judge Anderson's court room. Please send me a copy or send me instruction on obtaining a copy.

I also need a copy of my prior felony history report.

Any fee's for this should be taken from my inmate commissary fund. "Please" Any help you can give will be greatly appreciated

Respectfully
Travis [signature]

FILED
NOV 18 2005
JUDY BYRD, CLERK
HOUSTON CO., AL

Can't Process without a Case #.

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

STATE OF ALABAMA,                  *

PLAINTIFF,                         *

VS.                                *   CASE NO. CC 03 1151

*Travis Earl Cummings*             *

DEFENDANT.                         *

### NOTICE TO DEFENDANT OF PREVIOUS CONVICTIONS AND NOTICE OF INTENT TO USE SUCH CONVICTIONS FOR IMPEACHMENT PURPOSES

You are hereby notified that the District Attorney's Office has evidence of the following convictions, which, in the event of your conviction in the above case, will be presented to the court for consideration under the Alabama Habitual Offender Statute, Sec. 13A-5-9, Code of Alabama, 1975. Furthermore, it is the State's intent to use such convictions for impeachment purposes should the defendant testify at trial, Rules 609 (a), (b), (c) of the Alabama Rules of Evidence.

| Date | Case No. | Charge | Disposition | Jurisdiction |
|---|---|---|---|---|
| 3/8/93 | CC92415 | B&E | 3 years | Houston Co. |
| 3/8/93 | CC 92416 | B&E | 3 years | Houston Co |
| 3/8/93 | CC 92658 | Burg II | 3 years | Houston Co |
| 9/14/93 | CC 93462 | UPCS | 2 years | Houston Co |

You will be properly notified in the event the District Attorney receives evidence of any other or additional convictions.

This the 28th day of March 2005

DENISE D. BATES
ASSISTANT DISTRICT ATTORNEY

### CERTIFICATE OF SERVICE

I certify that I have served a copy of this motion on the Honorable Gary Hudgins, Attorney for the Defendant by placing a copy in his box at the Houston County Courthouse on 3/28/05

DENISE BATES

STATE OF ALABAMA　　　　　　　*　IN THE CIRCUIT COURT OF
　　　　　　　　　　　　　　　　*
V.　　　　　　　　　　　　　　　*　HOUSTON COUNTY, ALABAMA
　　　　　　　　　　　　　　　　*
Travis Earl Cummings　　　　　*　CASE NO. CC 04-1518

## NOTICE TO DEFENDANT OF PREVIOUS CONVICTIONS AND NOTICE OF INTENT TO USE SUCH CONVICTIONS FOR IMPEACHMENT PRUPOSES

You are hereby notified that the District Attorney's Office has evidence of the following convictions, which, in the event of your conviction in the above case, will be presented to the Court for consideration under the Alabama Habitual Offender Statute, §13A-5-9, Code of Alabama, 1975. Furthermore, it is the State's intent to use such convictions for impeachment purposes should the defendant testify at trial, Rules 609(a), (b), and (c) of the Alabama Rules of Evidence.

| Date | Charge | Disposition | Jurisdiction |
|---|---|---|---|
| 3-8-93 | B/E Motor Veh | 3 yrs | Houston Co., AL |
| " | B/E Motor Veh. | 3 yrs | " |
| " | Rec. Stolen Prop 2° | 5 yrs | " |
| 9-14-93 | UPCS | 2 yrs | Houston Co., AL |
| 4-11-95 | UPCS | 15 yrs | Houston Co., AL |

*reverse and remanded*

You will be properly notified in the event the District Attorney receives evidence of any other additional convictions.

This the 2nd day of December, 2004.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Arthur R. Medley
　　　　　　　　　　　　　　　　　　　　Assistant District Attorney

### Certificate of Service

I, Arthur R. Medley, do hereby certify that I have this date served a copy of the foregoing on Eric Davis, attorney of record for the defendant, by placing a copy of the same in his/her mailbox at the Houston County Courthouse on this the 2nd day of December, 2004.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Arthur R. Medley

# Parkman, Adams & Associates

James W. Parkman, III

R. Martin Adams, P.C.
Also licensed in Georgia

M. John Steensland, III, P.C.
Also licensed in Florida

William C. White, II, P.C.

An Association of Separate
Professional Corporation Law Practices
739 West Main Street
Dothan, AL 36301
(334) 792-1900
(334) 712-1352 FAX

Leonard Bowen
Legal Coordinator

Mark Johnson
Legal Intern

November 16, 2005

Houston County Jail
Inmate: Travis Earl Cummings
901 E. Main Street
Dothan, AL 36301

RE: State of Alabama vs. Travis Cummings

Dear Mr. Cummings:

    Please find enclosed a copy of the case action summary that I pulled off Alacourt (an online database) regarding your Escape 2nd Charge. This paperwork shows that case was no billed by the Grand Jury on July 25, 1994.

    Also enclosed is a copy of your **entire** file from the District Court clerk's office. For some reason, it does not show that the case was no billed. But I want to assure you that it does show in the system that your case was no billed. The ladies I talked to in the clerk's office were not sure why it is not reflected on the case action summary, but they also verified that it is reflected as a "No Bill" in the system.

    I have also enclosed a copy of all the discovery in your Break/Enter Vehicle Case No.: CC-04-1518. Further, my office has had several conversations via telephone with ladies in the Pike County Child Support Division. We informed them of your status in Houston County and your wishes to take of the matter pending there. Diane Smith, with the Child Support Division, informed my office that they would try to set a hearing and have you brought before that court.

    The reason for my delayed response to your letters was that I wanted to send you all of your requested information at the same time. I had to track your 1994 case file down in a storage facility separate from the Courthouse, so that is the main reason for the delay.

    I took serious offense to the information and accusations contained in your recent letters Should you make any other baseless accusations toward me that I am not being truthful or that I am some how cooperating with the prosecution, I will immediately file a motion to withdraw

from your case. If you feel that you cannot trust me or Mr. Adams, then you should tell us that you would like another attorney and we will inform Judge Anderson of your request. Having said that, I want to assure you that we will (and are) working hard in your defense in your pending cases.

    Please write me a letter if you have any further questions and I will respond as soon as possible.

Sincerely,

M. John Steensland, III

## INDICTMENT

The State of Alabama  }
Houston County  }

**CIRCUIT COURT
TWENTIETH JUDICIAL
JULY TERM, 2004**

### COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, TRAVIS EARL CUMMINGS whose name is otherwise unknown to the Grand Jury, did, without the consent of the owner, DEBRA TEMPLE, break into and enter a vehicle, to-wit: 1997 NISSAN QUEST VAN, or any part of the said vehicle with the intent to commit a felony or theft therein, to-wit: THEFT, in violation of Section 13A-8-11 of the Code of Alabama, against the peace and dignity of the State of Alabama.

(+5 priors)

Douglas Albert Valeska
District Attorney

THE STATE OF ALABAMA
Houston County

THE CIRCUIT COURT
Twentieth Judicial Circuit

THE STATE
vs.
TRAVIS EARL CUMMINGS

Witnesses for Agency No. 0104005402
BOBBY ASHLEY, POLICE DEPT, DOTHAN, AL 36301
MIKE CIRULLI, DPD, DOTHAN, AL 36301
TOBY KIDNEY, DPD, DOTHAN, AL 36301
AMANDA ROLAND, 230 J SAUNDERS RD., SLOCOMB, AL 36375
JOHN CPL. SKIPPER, DPD, DOTHAN, AL 36301
DEBRA TEMPLE, 1749 BODIFORD RD, PANSEY, AL 36370

Charges: 1. UNLAWFUL BREAKING AND ENTERING A MOTOR VEHICLE



*alacourt.com's*

## Alabama SJIS CC/DC Case Detail

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

### Case

| County | 38 HOUSTON | Case Number | DC 1994 001193 00 | JID | | MJS | | DEF Status | | J JAIL ESTS: A |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | CUMMINGS TRAVIS EARL | | | Alias | | | | | | |
| Address 1 | 909 WILDER AVE | | | Alias | | | | | | |
| Address 2 | | | | SID | | 000000000 | YDate | | | |
| Zip | 36303 0000 DOTHAN AL US | | | AS | | | PR | | 0000 000000 00 | |
| DLNO | | DOB | 01151970 | SSN | | 420981709 | Race/Sex | | B/M | |
| Height | 5 11 | Weight | 180 | Eyes | | BRO | Hair | | BLK | |
| Filed | 06161994 | AAGCY | S | Muni# | | 00 | City | | | |
| Arrest | 06151994 | OffDT | 06131994 | ORI | | 003025C | OFFC | | BROWDER | |
| Indict | | Grand Jury | 161-08 | Atty 1 | | RAM010 A | Tkt# | | 94 3872 | |
| Bond | 0000500000 | Type | | Bond Co | | | REL | | 00000000 | |
| Sure | | CWIT | 001 JAMES A BROWDER | JDMD | | | APPL | | | |
| Tracking No's | 0000 000000 00 / 0000 000000 00 / 0000 000000 00 | | | | | | | | | |
| Date | 1 06161994 | Que | 001 | Time | | 0200 P | Desc | | APPL | |
| Charge 1 | ESC2 | ESCAPE 2ND DEGREE | | 13A-010-032 | | F GP | Counts | | 001 | |
| Charge 2 | | | | | | | Counts | | | |
| Charge 3 | | | | | | | Counts | | | |
| More | | Dom Viol | | Case Type | | F | Case Cat | | GP | |
| Comment | | | | | | | | | | |

### Settings

| Date 1 | 06161994 | Que | 001 | Time | 0200 P | Desc | APPL DIST. COURT APPEA |
|---|---|---|---|---|---|---|---|
| Date 2 | 07251994 | Que | 001 | Time | 0830 A | Desc | PLMH PREL HEARING |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | | Atty 1 | RAMSEY RICHARD H IV | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | Y | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| CRT ACT | V WAIVED TO GJURY | CADATE | 07251994 | Jury | Y | More | |
|---|---|---|---|---|---|---|---|
| Charge 1 | ESC2 ESCAPE 2ND DEGREE 13A-010-032 F G | | | Counts | | CA | |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | |
| Comment | WARRANT ISSUED 061394 | | | | | | |
| CMP:Y | SPRO:U | Due | 0000000000 | Warr:000 | SUBP:001 | Updated | 07281994 |

### Sentence

| Sent | | Begin | | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | CVCC | HIS | | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU | | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USF | | |
| | PREL | DRUG 00000000 | RCUP 00000000 | X SUBP 001 | | | |
| | RES1 00000000 | RES2 00000000 | RES3 00000000 | | | | |

|            | RES4 00000000 |          |        | RES5 00000000 |        |        | RES6 00000000 |          |
|------------|---------------|----------|--------|---------------|--------|--------|---------------|----------|
| Confine:   | PENT          | LIFE     | LWOP   | DEATH         | SPLIT  | BOOT 000 | EMON 00    |          |
|            | JAIL          | CCUR     | CSEC   | CTERM         | RVSPL  | GANG 000 |            |          |
| Programs:  | JDVR          | IPROB    | AASCH  | DUI           | DDC    | CSV 0000 | SAPP       |          |
|            | PTRL          | BCSCH    | MNTL   | CRO           | ASCH   | ANGER    | DRUGCT     |          |
| Enhanced:  | PROJ          | CNOT     | SCH    | VDOB 00000000 |        | HOOF 000 |            |          |
|            | DRUG CODE:    |          |        | MEAS:         | VOL: 00000000 |   |               |          |
| SEC/CUR:   | 00   000000000000   00   00   000000000000   00   00   000000000000   |||||||
| Comment:   |               |          |        |               |        |        |               |          |
| BAL DUE    |               | DUE      |        |               | CRO    |        | Updated       | 07281994 |

Case Action Summary

| Date     | Time | Code | Comments                                        | Operator |
|----------|------|------|-------------------------------------------------|----------|
| 06131994 | 0805 | OFDT | OFFENSE DATE OF: 06/13/94                       | ANA      |
| 06151994 | 0805 | ARRS | DEFENDANT ARRESTED ON: 06/15/94                 | ANA      |
| 06151994 | 0815 | DAT1 | CASE SET ON 06/16/94 FOR DIST. COURT APPEA      | ANA      |
| 06161994 | 0805 | FILE | ON 06/16/94 FILED                               | ANA      |
| 06161994 | 0815 | CHG1 | CHARGE AT FILING OF: ESCAPE 2ND DEGREE          | ANA      |
| 06161994 | 0822 | BOND | BOND SET FOR $5,000.00                          | ANA      |
| 06161994 | 0841 | ATY1 | ATTORNEY FOR DEFENDANT: RAMSEY, RICHARD H, IV   | ANA      |
| 07041994 | 0805 | DAT2 | CASE SET ON 07/25/94 FOR PREL HEARING           | ANA      |
| 07041994 | 0815 | SUBP | WITNESS SUBPOENA ISSUED                         | ANA      |
| 07251994 | 0805 | CADA | CASE DISPOSED ON 07/25/94 BY: WAIVER            | ANA      |

↳ means "No billed"

_ Go to CCO

## ALABAMA BOARD OF PARDONS AND PAROLES

### REPORT OF INVESTIGATION

| | | | |
|---|---|---|---|
| **Type of Investigation:** | PREPROB | **Date Dictated:** | 10/07/2005 |
| **Name:** | CUMMINGS TRAVIS EARL | **PR#:** | PR199701440800 |
| **Alias:** | | | |
| **RS** | BM   **DOB:** 01/15/1972   **Est. Age:** 33 | **Height and Weight:** | 5'11" | 180 |
| **Complexion:** | MED   **Color of Hair:** BLK | **Color of Eyes:** | BLK |
| **Bodily Marks:** | | | |
| **Driver's License:** | AL   **SSN:** 420981709 | | |
| **AIS#:** | 172018   **FBI#:** 218527PA5   **SID:** AL01206423 | | |
| **Phone #:** | 0000000000 | | |
| **Address:** | 909 WILDER AVE DOTHAN, AL 36303 | | |

### OFFENSE(S) OF INVESTIGATION

**County:** Houston  **Case #:** CC 2004 001518.00
**Offense(s):**
BREAK/ENTER VEHICLE

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| BREAK/ENTER VEHICLE : G | 08/24/2005 | | Y19 M00 D000 | | | $ 0.00 |

**Date of Arrest:** 06/10/2004  **Date of Bond:**   **Bond Amt.:** $ 10000.00
**Judge:** LARRY K ANDERSON  **D.A.:** MEDLEY ARTHUR ROSS
**Attorney:** ADAMS RICHARD MARTIN  **Retained:**   **Appointed:** C
**Court Ordered Restitution:** $0
**NOTES:**

| PRESENT OFFENSE(S) |
|---|

**County Court and Case Number:** Houston, CC 2004 001518.00

**Offense(s)**

BREAK/ENTER VEHICLE

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| BREAK/ENTER VEHICLE : G | 08/24/2005 | | Y19 M00 D000 | | | $ 0.00 |

**Date of Sentence:**

**Details of Offense:** (1) On June 10, 2004, Travis Earl Cummings, the defendant, rode his bicycle to 1146 Ross Clark Circle, Dothan, Once there, the defendant broke the passenger side door window of a 1997 Nissan Quest Van. Amanda Roland, the witness, saw the defendant on his bicycle standing on the passenger side of the vehicle as he was reaching into the vehicle. Roland contacted the Dothan Police Department ,reported this crime, and gave a description of the defendant and his bicycle. Officer Ashley stopped the defendant in the area of the reported crime. The defendant had personal property on his person, which was stolen during the crime. The property was identified by the owner of the car.

**On Probation At Arrest:** No

**On Parole At Arrest:** No

**Serious Physical Injury Barring Parole:** No

**Subject's Statement:**

**Case Status of Co-defendants:** (1) None

**Victim Notification Information:**

**Victim Impact:**

**Victim Age:** None

**Location of Offense:** Dothan, Alabama

**Court Ordered Restitution:** $0

| RECORD OF ARREST(S) |
|---|

| Date | Agency ORI | Type | Charge | Disposition |
|---|---|---|---|---|
| 01/28/1992 | Houston County Sheriff's Department | Prior Adult | Breaking and Entering-38-CC-92-415 | Other: 03-08-93- Convicted- Sentenced to 3 Years. |

| Date | Agency | Type | Charge | Disposition |
|---|---|---|---|---|
| 02/19/1992 | Houston County Sheriff's Department | Prior Adult | Breaking and Entering-38-CC-92-416 | Other: 03-08-93- Convicted- Sentenced to 3 Years. |
| 03/30/1992 | Houston County Sheriff's Department | Prior Adult | Charge 1-Receiving Stolen Property-Charge 2- Burglary 3rd-38-CC-92-658 | Other: 03-08-93- Convicted- Sentenced to 5 Years. |
| 02/06/1993 | Houston County Sheriff's Department | Prior Adult | Unlawful Possession Of A Controlled Substance-38-CC-93-462 | Other: 09-14-1993- Convicted- Sentenced to 2 Years. |
| 06/08/1994 | Houston County Sheriff's Department | Prior Adult | Unlawful Possession Of A Controlled Substance-38-CC-94-571 | Other: 04-11-1995- Convicted- Sentenced to 15 Years. |
| 06/13/1994 | Houston County Sheriff's Department | Prior Adult | Escape 2nd-38-DC-94-1193 | Other: 04-11-95-Convicted- Sentenced to 15 Years |
| 07/26/1998 | Dothan Police Department | Prior Adult | Obstruction Of Justice- Attempting to Elude | Other: 11-23-98- Guilty |
| 02/17/2001 | Daleville Police Department | Prior Adult | Receiving Stolen Property 2nd-26-CC-01-165 | Other: 09-07-01- Convicted- Suspended 6 Months |
| 09/27/2002 | Dothan Police Department | Prior Adult | Making A False Report | Other: 02-17-03- Guilty |
| 04/23/2003 | Dothan Police Department | Prior Adult | Domestic Violence 3rd | Other: 09-18-03- Guilty |
| 06/11/2003 | Houston County Sheriff's Department | Prior Adult | Assault 3rd-38-CC-03-1151 | Other: 04-12-04- Convicted- Sentenced to 12 Months |
| 09/10/2003 | Dothan Police Department | Prior Adult | Making A False Report | Other: 10-13-03- Guilty |

## PERSONAL/SOCIAL HISTORY

### Marital Status/History

| Name | Address | DOB | DOD | Marriage Begin/End |
|---|---|---|---|---|
|  |  |  |  |  |

### Housing History

Orphanage:                                Homeless:

Foster Home:                              Other Institution:

Boarding School:

### Health

Physical Disability:

Mental Disability:

Psychological Report:

Prescribed Medications:

Defendants Opinion
Of Drug Problem:

Past Drugs:

Treatment History:

Present Drugs:

Defendants Opinion
Of Alcohol Problem:

## Education

### High School

| Last Grade Completed | Name/Year | If DropOut, Reason why: |

### College

| Last Level Completed | Name/Year | If DropOut, Reason why: |

### Further Education/Training

| Type | Place | Length | Completed |

## Financial Status

Owns:

## Employment History

| Type/Employer | Begin Date | # Months | Pay | Reason For Leaving |

## Military Record

| Registered W/Selective Service | Served | Length Of Service | Discharge Type |

| Discharge Reason | Highest\Discharge Rank | Military Job Title | Medals/Awards |
| | \ | | |

Notes:

## Offender's Family

### Parents

| Father | Address | DOB | Felony Conv. | Deceased |

| Mother | Address | DOB | Felony Conv. | Deceased |

### Siblings

| Name | Address | DOB | Felony Conv. |

Notes:

### Personal Relationship

Relationship w/father:

Relationship w/mother:
Relationship w/siblings:

## PROBATION PLAN

### Home

Living With    Address    Relation

### Employment

Employer    Address    Phone    Pay Rate

### Treatments

Treatment Type    Treatment Description

**Officer Remarks:** The Dothan Police Department has an outstanding warrant for Breaking and Entering. This subject failed to contact this office for an interview and his attorney, Martin Adams, was notified on September 12, 2005.

**Recommendations To Court:** This subject is not a good candidate for probation.

Signed and dated at _____
Alabama the ___ day of _____ 2005

KEMP DAVID
Alabama Probation and Parole Officer

_Rodney H. Peak_
Reviewed By

PBF 203

```
SD12       STATEWIDE INDEX BROWSE         COUNTY: 38 HOUSTON       VIEW: 1      SDXSD12
NAME: CUMMINGS TRAVIS                     DIV: CC COU: 38 HOUSTON
-------------------------------------------------------------------------------------
                                                    S              S R C  CADATE/   Y
INDEX NAME        CO/CASE NUMBER    JID CHARGE/RNDX T BIRTH DT  X C A  TRL/PRTY   O
-------------------------------------------------------------------------------------
CUMMINGS TRAVIS E 38CC199200041500 SEJ BREAKING & E J 01151970  M B G  03081993
CUMMINGS TRAVIS E 38CC199200041600 SEJ BREAKING & E J 01151972  M B G  03081993
CUMMINGS TRAVIS E 38CC199200065800 SEJ BURGLARY 3RD J 01151970  M B G  03081993
CUMMINGS TRAVIS E 38CC199300046200 SEJ UNLAW POSS/R I 01151970  M B G  03081993
CUMMINGS TRAVIS E 38CC199400057100 CLL POSS/REC CON K 01151970  M B G  09141993
CUMMINGS TRAVIS E 38CC199400057160 CLL RULE 32-FELO A 01151970  M B G  04111995
CUMMINGS TRAVIS E 38CC200300115100 CLL ASSAULT 3RD  A 01151970  M B W  02201997
CUMMINGS TRAVIS E 38CC200400151800 LKA BREAK/ENTER  K 01151970  M B G  04122004
CUMMINGS TRAVIS E 38CC200500173600 JMW BURGLARY 1ST A 01151970  M B G  08242005
                                                                          12202005
```